**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INXIGHT SOFTWARE, INC., | No. C 05-01660 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| VERITY, INC., | |
| Defendant. / | |

The parties are ordered to appear in person (through their counsel) at 10:00 a.m. on May 27, 2005 to discuss scheduling matters. In the meantime, Verity need not file its opposition to Inxight's motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: May 23, 2005

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1660\orderrehearing.wpd