1  Sean A. Lincoln (SBN 136387)
   I. Neel Chatterjee (SBN 173985)
2  Thomas J. Gray (SBN 191411)
   Daniel J. Weinberg (SBN 227159)
3  ORRICK, HERRINGTON & SUTCLIFFE, LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     650-614-7400
5  Facsimile:     650-614-7401

6  David Tauber (SBN 78385)
   INXIGHT SOFTWARE, INC.
7  500 Macara Avenue
   Sunnyvale, CA  94085
8  Telephone:     408-738-6200
   Facsimile:     408-738-6203

9

   Attorneys for
10 INXIGHT SOFTWARE, INC and ALPHA LUK

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  INXIGHT SOFTWARE, INC., a Delaware corporation, | Case No.  C 05-01660 CRB |
| 16  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE** |
| 17  v. | |
| 18  VERITY, INC., a Delaware corporation | |
| 19  Defendant. | |
| 20 | |
| 21  VERITY, INC., a Delaware corporation, | Related Case No.  C 04-05387 CRB |
| 22  Counter-complainant, | |
| 23  v. | |
| 24  INXIGHT SOFTWARE, INC., a Delaware corporation, ALPHA LUK and ROES 1-10, inclusive, | |
| 25 | |
| 26  Counter-defendants. | |

27

28

Pursuant the Court's Order dated July 8, 2005, the parties in the above entitled actions have agreed and hereby stipulate to amend the deadlines in this matter as follows. The parties agree that Verity's stipulation herein is without prejudice to its right to seek a further modification of the schedule pursuant to conditions set forth in the Court's Order of July 8, 2005. Verity contends that Inxight's continued delay in producing documents required by its experts to complete their reports will necessitate a further modification of the schedule. Inxight asserts that it will be producing all relevant documents shortly, that Verity created its own problem by retaining an expert with limited availability, and that no further continuance will be needed.

1. The deadline for written discovery and document production will remain July 29, 2005. The parties agree that depositions can be conducted through August 31, 2005.

2. The deadlines for exchanging expert reports and filing dispositive judgment motions will be extended by two weeks. The new deadline for the exchange of initial expert reports and the filing of dispositive motions shall be August 19, 2005. The new deadline for exchanging rebuttal expert reports and the close of expert discovery will be September 2, 2005.

Dated: July 15, 2005

MANATT PHELPS & PHILLIPS, LLP

/s/
Christopher L. Wanger
Attorneys for VERITY, INC.

Dated: July 15, 2005

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Thomas J. Gray
Attorneys for INXIGHT SOFTWARE, INC. and ALPHA LUK

ORDER

**It Is So Ordered.**

Dated: July 25, 2005

The Hon.
United States Judge Charles R. Breyer

APPROVED

DOCSSV1:415940.1

-1-

STIPULATION TO AMEND SCHEDULE
CASE NO. C 05-01660 CRB
CASE NO. C04-05387 CRB