SEAN A. LINCOLN (State Bar No. 136387)
I. NEEL CHATTERJEE (State Bar No. 173985)
THOMAS J. GRAY (State Bar No. 191411)
DANIEL J. WEINBERG (State Bar No. 227159)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

DAVID TAUBER (State Bar No. 78385)
INXIGHT SOFTWARE, INC.
500 Macara Avenue
Sunnyvale, CA  94085
Telephone:	408-738-6200
Facsimile:	408-738-6203

Attorneys for Plaintiff and Counter-Defendants
INXIGHT SOFTWARE, INC. and ALPHA LUK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>VERITY, INC., a Delaware corporation<br><br>            Defendant. | Case No.  C 05-01660 CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF INXIGHT SOFTWARE, INC.'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-10 TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |
| VERITY, INC., a Delaware corporation,<br><br>            Counter-complainant,<br><br>     v.<br><br>INXIGHT SOFTWARE, INC., a Delaware corporation, ALPHA LUK and ROES 1-10, inclusive,<br><br>            Counter-defendants. | Related Case No.  C 04-05387 CRB |

1  The Court, having considered Plaintiff Inxight Software, Inc.'s ("Inxight")
2  Administrative Request Pursuant to Civil L.R. 7-10 to File Certain Exhibits to the Declaration of
3  Ian Hersey In Support of Inxight's Motion for Summary Judgment No. 2 Under Seal Pursuant to
4  Civil L.R. 79-5, good cause appearing, hereby orders as follows:
5         **IT IS HEREBY ORDERED** that Inxight's Administrative Request is
6  **GRANTED**.  The Clerk of the Court shall file under seal Exhibits B, and C, to the declaration.
7  All other exhibits shall be filed by Inxight on the public docket.

8
9  IT IS SO ORDERED

10  Dated:  August 22, 2005                .
11                                                       Judge Charles R. Breyer
12                                                       United States District Judge

[APPROVED — signed by Judge Charles R. Breyer, United States District Court, Northern District of California]