United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITY, INC, et al., | No. C 05-1660 CRB (JL) |
| Plaintiffs, | |
| v. | **ERRATA IN DISCOVERY ORDER (Denying Docket # 77, granting in part Docket # 78, granting Docket # 79)** |
| INXIGHT SOFTWARE, INC, | |
| Defendants. | |

In its order issued September 20, 2005, there are two transpositions of the parties' names:

At 8:5 "Verity objects" should read "Inxight objects."

At 8:9 "Verity objects" should read "Inxight objects."

IT IS SO ORDERED.

DATED: September 20, 2005

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\05-1660\errata-ord re dkt#-77,78,79.wpd