IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INXIGHT SOFTWARE, INC., | No. C 05-01660 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| VERITY, INC., | |
| Defendant.                                    / | |
| and related counterclaims                                    / | |

    Now pending before Court are (1) the administrative motion of plaintiff Inxight Software, Inc. ("Inxight") to amend its complaint to add new claims against defendant Verity, Inc. ("Verity") and to add Teragram Corporation ("Teragram") as a defendant, and (2) Inxight's motion for a temporary restraining order.

    Verity and Teragram shall file their oppositions to the motion for a temporary restraining order on or before Tuesday, September 27, 2005. Verity's opposition should address whether Inxight's new claims can be brought in a new action. Inxight's reply memorandum shall be filed on or before Thursday, September 29, 2005. The Court will hear oral argument on the motion for a temporary restraining order and the motion for administrative relief , as well as Inxight's pending motions for summary judgment, at 10:00

a.m. on October 6, 2005.

**IT IS SO ORDERED.**

Dated: September 22, 2005

/s/
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE