United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> INXIGHT SOFTWARE, INC., <br><br> Defendant. <br>_____/ <br> INXIGHT SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERITY, INC., <br><br> Defendant. <br>_____/ | No. C-04-5387 CRB (EMC) <br><br> **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** <br><br><br> RELATED CASE <br><br> No. C-05-1660 CRB (EMC) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **October 27, 2005, at 1:30 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. The CEO of both companies shall be available in person or by telephone for the duration of the Further Settlement Conference.

Counsel shall bring to the conference documentation of fees and costs incurred for the Court's review and shall provide to the Court an estimate of the percentage of attorney's fees devoted and/or allocated to the "LPX" case and the "Key View" case.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated:  October 19, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge