| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| RONALD S. KATZ (SBN. 085713) | SEAN A. LINCOLN (SBN. 136387) |
| CHRISTOPHER L. WANGER (SBN 164751) | I. NEEL CHATTERJEE (SBN. 173985) |
| | THOMAS J. GRAY (SBN. 191411) |
| EUGENE HAHM (SBN 167596) | DANIEL J. WEINBERG (SBN. 227159) |
| 1001 Page Mill Road, Building 2 | 1000 Marsh Road, |
| Palo Alto, CA  94304-1006 | Menlo Park, CA  94025 |
| Telephone:   (650) 812-1300 | Telephone:   (650) 614-7400 |
| Facsimile:   (650) 213-0260 | Facsimile:   (650) 614-7401 |

| | |
|---|---|
| PERRY J. NARANCIC (SBN. 206820) | DAVID TAUBER (California Bar No. 78385) |
| VERITY, INC. | INXIGHT SOFTWARE, INC. |
| 894 ROSS DRIVE, | 500 MACARA AVENUE |
| SUNNYVALE, CA 94089 | SUNNYVALE, CA 94085 |
| Telephone: (408) 541-1500 | Telephone: (408) 738-6200 |
| | Facsimile:   (408) 738-6203 |

Attorneys for VERITY, INC.

Attorneys for
INXIGHT SOFTWARE, INC. and ALPHA LUK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>VERITY, INC., a Delaware corporation,<br><br>       Defendant. | CASE NO.  C-04-5387-CRB<br><br>**[PROPOSED] ORDER GRANTING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM PURSUANT TO CIVIL L.R. 7-10(B)**<br><br>**Judge:  Honorable Charles R. Breyer** |
| VERITY, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>       Defendant. | Case No. C 05-01660 CRB |
| AND RELATED COUNTERCLAIMS | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1   The parties in the above-entitled action have filed a Miscellaneous Administrative

2   Request with this Court pursuant to Civil Local Rule 7-10(b) requesting permission to bring

3   shared equipment into the courtroom in order to present demonstrative evidence and exhibits

4   during trial, which is scheduled for 8:30 am on October 11, 2005.

5   After considering the requesting papers and all other matters presented to the

6   Court, and good cause appearing therefore,

7   IT IS HEREBY ORDERED AS FOLLOWS:

8   Verity may bring the following items into the courtroom:  four or more laptop

9   computers, power strips, four 15" flat-panel monitors, speakers,  projector, screen, ELMO,

10   equipment cart and the necessary wires, amplifier, switching devices, cables, peripherals,

11   projector stand, and tools to install and connect the above equipment.

12

13   Dated: October 27 , 2005

14

15   Breyer

16

17

18

19   20144062.1



20

21

22

23

24

25

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

1