**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8  VERITY, INC.,                                              No. C-04-5387 CRB (EMC)

9                   Plaintiff,

10         v.                                                 **NOTICE AND ORDER SETTING
                                                              FURTHER SETTLEMENT
11  INXIGHT SOFTWARE, INC.,                                   CONFERENCE**

12                   Defendant.
                                             /
13  _____            RELATED CASE

14  INXIGHT SOFTWARE, INC.,                              No. C-05-1660 CRB (EMC)

15                   Plaintiff,

16         v.

17  VERITY, INC.,

18                   Defendant.
                                             /
19  _____

20         TO ALL PARTIES AND COUNSEL OF RECORD:

21         You are hereby notified that a Further Settlement Conference is scheduled for **November 7,**

22  **2005, at 1:30 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California

23  94102.

24         Lead counsel who will try the case shall appear at the Further Settlement Conference with

25  the parties and with the person or persons having full authority to negotiate and to settle the case.

26  The CEO of both companies shall be available in person or by telephone for the duration of the

27  Further Settlement Conference.

28

1    All other provisions of this Court's original Notice of Settlement Conference and Settlement

2  Conference Order shall remain in effect.

3    The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)

4  522-4050 if this case settles prior to the date set for Further Settlement Conference.

5

6    IT IS SO ORDERED.

7

8  Dated:  October 28, 2005

9                                                                 _____

EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California