UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>INXIGHT SOFTWARE, INC.,<br><br>    Defendant.<br>_____ / | No. C-04-5387 CRB (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| INXIGHT SOFTWARE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VERITY, INC.,<br><br>    Defendant.<br>_____ / | RELATED CASE<br><br>No. C-05-1660 CRB (EMC) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 17, 2006, at 10:00 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. A Corporate Officer or Director of both companies with full settlement authority as measured by the last offer or counteroffer shall appear at the Further Settlement Conference.

1  All other provisions of this Court's original Notice of Settlement Conference and Settlement
2  Conference Order shall remain in effect.
3  The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)
4  522-4050 if this case settles prior to the date set for Further Settlement Conference.

6  IT IS SO ORDERED.

8  Dated:  January 3, 2006

   _____
9  EDWARD M. CHEN
   United States Magistrate Judge

**United States District Court**
For the Northern District of California