| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>RONALD S. KATZ (SBN. 085713)<br>CHRISTOPHER L. WANGER (SBN 164751)<br>EUGENE HAHM (SBN 167596)<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA  94304-1006<br>Telephone:   (650) 812-1300<br>Facsimile:    (650) 213-0260<br><br>Attorneys for VERITY, INC. | ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>SEAN A. LINCOLN (SBN. 136387)<br>I. NEEL CHATTERJEE (SBN. 173985)<br>THOMAS J. GRAY (SBN. 191411)<br>DANIEL J. WEINBERG (SBN. 227159)<br>1000 Marsh Road,<br>Menlo Park, CA  94025<br>Telephone:   (650) 614-7400<br>Facsimile:    (650) 614-7401<br><br>DAVID TAUBER (SBN 78385)<br>INXIGHT SOFTWARE, INC.<br>500 MACARA AVENUE<br>SUNNYVALE, CA 94085<br>Telephone: (408) 738-6200<br>Facsimile:   (408) 738-6203<br><br>Attorneys for<br>INXIGHT SOFTWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERITY, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  C-05-01660-SC<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM PURSUANT TO CIVIL L.R. 7-10(B)<br><br>**Judge:  Honorable Samuel Conti** |

1  The parties in the above-entitled action have filed a Miscellaneous Administrative Request with this Court pursuant to Civil Local Rule 7-10(b) requesting permission to bring shared equipment into the courtroom on February 17, 2006 in order to present demonstrative evidence and exhibits during trial, which is scheduled for 9:00 am on February 21, 2006.

After considering the requesting papers and all other matters presented to the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

Verity and Inxight may bring the following items into the courtroom: four or more laptop computers, power strips, five 15" flat-panel monitors, speakers, projector, screen, ELMO, equipment cart and the necessary wires, amplifier, 3 switching devices, cables, peripherals, and projector stand, tools to install and connect the above equipment.

Dated: _____2/15_____, 2006



DOCSSV1:447775.1          1          [PROPOSED] ORDER RE. JOINT ADMINISTRATIVE REQUEST