UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INXIGHT SOFTWARE, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> VERITY, INC., a Delaware corporation, and DOES 1-10, inclusive, <br><br> Defendants. | No. C-05-1660 SC <br><br> ORDER RE RETURN OF <u>EXHIBITS TO INXIGHT</u> |

The Court ORDERS the return to Inxight of its Exhibits B, C, and D, which were attached to its third motion <u>in</u> <u>limine</u>.

Furthermore, because this action settled before trial, the Court finds it unnecessary to order that these exhibits be filed under seal.

IT IS SO ORDERED.

Dated: February 21, 2006

_____
UNITED STATES DISTRICT JUDGE